AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

ANDRE RAMON WASHINGTON,

        Petitioner,              JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:06-CV-00705-ECR-VPC**

BILL DONAT, et al.,

        Respondents.


\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that as to the claims remaining before the Court, the petition for a writ of habeas corpus is DENIED on the merits and that this action is **DISMISSED with prejudice**. IT FURTHER IS ORDERED that a certificate of appealability is DENIED.


    February 17, 2010                          **LANCE S. WILSON**
                                                  Clerk


                                          /s/ D. R. Morgan
                                          Deputy Clerk